IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05- |
| v. | : | DATE FILED: November 29, 2005 |
| JAMES MURPHY | : | VIOLATION:<br>18 U.S.C. §751(a) (escape – 1 count) |

### I N D I C T M E N T

#### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 30, 2005, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JAMES MURPHY**

escaped from a facility in which he was confined by the direction of the Attorney General, that is, the Luzerne Community Correctional Center, located at 600 E. Luzerne Street, Philadelphia, Pennsylvania, at which he had been confined after having been convicted of an offense against the United States.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:

_____
FOREPERSON

_____
**PATRICK L. MEEHAN**
**United States Attorney**